261 So.2d 53

**In re Joan Carolyn McGOUGH**

v.

**William L. McGOUGH.**

**Ex parte William L. McGOUGH.**

**6 Div. 927.**

Supreme Court of Alabama.

April 13, 1972.

PER CURIAM:

Petition of William L. McGough for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in McGough v. McGough, 261 So.2d 49.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH, MADDOX and Mc-CALL, JJ., concur.

■

264 So.2d 207

**In re Harold MAYBERRY, alias**

v.

**STATE.**

**Ex parte Harold Douglas Mayberry.**

**6 Div. 980.**

Supreme Court of Alabama.

June 8, 1972.

Phillip A. Laird, Elliott & Laird, Jasper, for petitioner.

MERRILL, Justice.

Petition of Harold Douglas Mayberry for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Mayberry, alais v. State, 264 So.2d 198.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and MADDOX, JJ., concur.

■

261 So.2d 451

**In re Dorcie MILLER v. STATE.**

**Ex parte Dorcie Miller.**

**6 Div. 968.**

Supreme Court of Alabama.

April 20, 1972.

Dorcie Miller, pro se.

No brief for the State.

BLOODWORTH, Justice.

Petition of Dorcie Miller for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Miller v. State, 48 Ala.App. 28, 261 So.2d 447.

Writ denied.

HEFLIN, C. J., and COLEMAN, HARWOOD and McCALL, JJ., concur.